UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DIAMOND HOMES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 3:25-cv-00027 |
| | § | |
| CONTRACTORS BONDING AND INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff DIAMOND HOMES, LLC and Defendant CONTRACTOR BONDING AND INSURANCE COMPANY, by and through the undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action, with each party to bear their own costs and fees, on the grounds that Plaintiff and Defendant no longer wish to prosecute these claims.

Wherefore, Plaintiff and Defendant respectfully request that the Court dismiss with prejudice all claims, counterclaims, and causes of action that have been or could have been asserted in this case, with each party bearing its own attorney's fees and costs, pursuant to FED. R. CIV. P. 41(b).

Respectfully submitted,

**ScottHulse<sup>PC</sup>**
One San Jacinto Plaza
201 E. Main Dr., Suite 1100
P.O. Box 99123
El Paso, Texas  79999-9123
(915) 533-2493
(915) 546-8333 Telecopier

By: */s/ James M. Feuille*
**JAMES M. FEUILLE**
State Bar No. 24082989
*Attorney for Plaintiff*

-and-

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Greg K. Winslett (with permission)*
**GREG K. WINSLETT**
State Bar No. 21781900
gwinslett@qslwm.com
**RICHARD L. SMITH, III**
State Bar No. 24098446
rlsmith@qslwm.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July 2025, a copy of the foregoing was served electronically upon all counsel of record.

*/s/ James M. Feuille*
**JAMES M. FEUILLE**