IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **DIAMOND HOMES, LLC,** § | |
| § | |
| Plaintiff and Counter Defendant, § | |
| § | |
| v. § | CAUSE NO. EP-25-CV-27-KC |
| § | |
| **CONTRACTORS BONDING AND** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| Defendant and Counter Plaintiff. § | |

## ORDER

On this day, the Court considered the parties' Joint Motion to Dismiss with Prejudice ("Motion"), ECF No. 9. Upon due consideration, the Motion is **GRANTED**. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Proposed Order of Dismissal, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Trial Preparation Order, ECF No. 8, and all deadlines therein are **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff and Counter Defendant Diamond Homes, LLC's Motion to Remand to State Court, ECF No. 3, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 23rd day of July, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE